UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.A.F.A,<br><br>     Petitioner,<br><br>     v.<br><br>PATRICIA HYDE, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement, et al.,<br><br>     Respondents. | Civil Action No. 25-cv-11346-NMG |

## STATUS REPORT

Respondents provide the following information as directed by this Court. Doc. No. 4.

- U.S. Immigration and Customs Enforcement ("ICE") has informed the undersigned of the following:

    - Petitioner is currently residing in an Office of Refugee Resettlement ("ORR") facility named Compass Connections at 2301 Pennsylvania Avenue, Fairfield, CA 94533.

    - Petitioner was arrested by the Chelsea Police Department on May 8, 2025 for the offense of Assault and Battery with a Dangerous Weapon and Attempt to Commit a Crime.

    - ICE arrested Petitioner on May 9, 2025 pursuant to its statutory authority contained in 8 U.S.C. § 1226(a).

    - ICE transferred Petitioner to ORR custody on May 11, 2025 in accordance with its statutory obligations under 8 U.S.C. § 1232(b)(3) that requires transfer of a minor to Health and Human Services, ORR within 72 hours.

- The undersigned provided this information to Petitioner's counsel on Wednesday May 14, 2025.

|  |  |  |
|---|---|---|
|  |  | LEAH B. FOLEY<br>United States Attorney |
| Dated: May 14, 2025 | By: | */s/ Mark Sauter*<br>Mark Sauter<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: (617) 748-3347<br>Email: mark.sauter@usdoj.gov |

## CERTIFICATE OF SERVICE

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |  |
|---|---|---|
| Dated: May 14, 2025 | By: | */s/ Mark Sauter*<br>Mark Sauter<br>Assistant United States Attorney |