UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **Junior Alexander Ferrufino Amaya**, | ) ) ) |  |
| **Petitioner,** | ) ) ) |  |
| v. | ) ) ) | Civ. No. 25-cv-11346-NMG |
| **PATRICIA HYDE**, **Acting Director of**, **Boston Field Office, United States Immigration and Customs Enforcement,** **et al.** | ) ) ) ) ) |  |
| **Respondents.** | ) ) |  |

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**

Petitioner hereby gives notice of voluntary dismissal of his Petition for Writ of Habeas Corpus, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Counsel for the Respondents has provided proof, and undersigned counsel has independently confirmed, that the Petitioner/child had been removed from Massachusetts before the instant matter was filed.

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), this dismissal is without prejudice.

Respectfully submitted this 19th day of May, 2025.

                                                /s/ Elizabeth Badger
                                                Elizabeth Badger, Esq.
                                                BBO # 663107
                                                Attorney for Petitioner
                                                Political Asylum/Immigration
                                                   Representation (PAIR) Project
                                                98 North Washington St, Ste. 106
                                                Boston, MA 02114
                                                (617) 545-3373

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be served electronically upon the Respondents, who are registered ECF participants on May 19, 2025.

                                              _/s/ Elizabeth Badger_
                                              Elizabeth Badger